APPEAL,JURY,PROSE−NP,TYPE−B

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:22−cv−01334−TNM

| | |
|---|---|
| ABDELHADY v. GEORGE WASHINGTON UNIVERSITY et al | Date Filed: 05/14/2022 |
| Assigned to: Judge Trevor N. McFadden | Jury Demand: Plaintiff |
| Demand: $1,000,000 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity−Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**HDEEL ABDELHADY**   represented by   **HDEEL ABDELHADY**
HDEEL ABDELHADY
1717 Pennsylvania Avenue, NW
Suite 1025
Washington DC, DC 20006
202−630−2512
Email: habdelhady@mapopllc.com
PRO SE

**Matthew Andrew Nace**
PAULSON & NACE, PLLC
1025 Thomas Jefferson Street, NW
Suite 810
Washington, DC 20007
(202) 463−1999
Fax: (202) 223−6824
Email: man@paulsonandnace.com
*TERMINATED: 09/22/2022*
*LEAD ATTORNEY*

V.

**Defendant**

**GEORGE WASHINGTON UNIVERSITY**   represented by   **Gerard John Emig**
GLEASON, FLYNN, EMIG, & MCAFEE
11 North Washington Street
Suite 400
Rockville, MD 20850
301−294−2110
Fax: 301−294−0737
Email: gemig@gleason−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan J. Postillion**
GLEASON, FLYNN, EMIG, & MCAFEE
CHTD.

|  |  |
|---|---|
|  | 11 North Washington Street<br>Suite 400<br>Rockville, MD 20850<br>(301) 294−2110<br>Fax: (301) 294−0737<br>Email: npostillion@gleason−law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **PMA MANAGEMENT CORPORATION** | represented by | **Samuel Joseph DeBlasis , II**<br>DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, L.L.P.<br>17251 Melford Boulevard<br>Suite 200<br>Bowie, MD 20715<br>(301) 352−4950<br>Fax: (301) 352−8691<br>Email: sdeblasis@decarodoran.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ARAMARK SERVICES, INC.** | represented by | **Robert Patrick Scanlon**<br>ANDERSON & QUINN, LLC<br>The Adams Law Center<br>25 Wood Lane<br>Rockville, MD 20850<br>(301) 762−3303<br>Fax: (301) 762−3776<br>Email: rscanlon@andersonquinn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP** | represented by | **Robert Patrick Scanlon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/14/2022 | 1 | | COMPLAINT against Hdell Abdelhady with Jury Demand ( Filing fee $ 402 receipt number ADCDC−9237695) filed by Hdell Abdelhady. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons Summons GWU, # 3 Summons Summons PMA, # 4 Summons Summons Aramark)(Nace, Matthew) (Entered: 05/14/2022) |
| 05/16/2022 | | | Case Assigned to Judge Trevor N. McFadden. (znmg) (Entered: 05/16/2022) |
| 05/16/2022 | 2 | | |

| | | | |
|---|---|---|---|
| | | | SUMMONS (3) Issued Electronically as to ARAMARK SERVICES, INC., GEORGE WASHINGTON UNIVERSITY, PMA MANAGEMENT CORPORATION. (Attachment: # 1 Notice and Consent)(znmg) (Entered: 05/16/2022) |
| 05/16/2022 | 3 | | STANDING ORDER Establishing Procedures for Cases Before Judge Trevor N. McFadden. The parties are hereby ORDERED to read and comply with the directives in the attached standing order. Signed by Judge Trevor N. McFadden on 5/16/22. (lctnm2) (Entered: 05/16/2022) |
| 06/10/2022 | 4 | | MOTION Seal Complaint by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1)(Nace, Matthew) (Entered: 06/10/2022) |
| 06/10/2022 | | | MINUTE ORDER granting Plaintiff's 4 Motion to Seal. The Court shall seal ECF No. 1 on the case docket and shall enter ECF No. 4−2 on the docket as Plaintiff's Redacted Complaint. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/10/22. (lctnm2) (Entered: 06/10/2022) |
| 06/10/2022 | 5 | | REDACTED DOCUMENT− Complaint to 1 Complaint, by HDEEL ABDELHADY. (zeg) (Entered: 06/13/2022) |
| 06/27/2022 | 6 | | ANSWER to Complaint by ARAMARK SERVICES, INC..(Scanlon, Robert) (Entered: 06/27/2022) |
| 06/30/2022 | 7 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GEORGE WASHINGTON UNIVERSITY served on 6/10/2022, answer due 7/1/2022 (Nace, Matthew) (Entered: 06/30/2022) |
| 06/30/2022 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ARAMARK SERVICES, INC. served on 6/9/2022, answer due 6/30/2022 (Nace, Matthew) (Entered: 06/30/2022) |
| 06/30/2022 | 9 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PMA MANAGEMENT CORPORATION served on 6/9/2022, answer due 6/30/2022 (Nace, Matthew) (Entered: 06/30/2022) |
| 07/01/2022 | 10 | | Consent MOTION for Extension of Time to File Answer by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Text of Proposed Order)(Emig, Gerard) (Entered: 07/01/2022) |
| 07/01/2022 | | | MINUTE ORDER granting in part 10 Consent Motion for Extension of Time. Plaintiff shall file his amended complaint by July 15, 2022. If Plaintiff files an amended pleading by that date, all Defendants shall respond to it by July 22, 2022. If Plaintiff does not file an amended pleading by July 15, all Defendants shall respond to the original 1 Complaint by July 22. The Court also directs the parties to Paragraph 9(A) of the Court's 3 Standing Order, which requires them to file any motions for extensions of time at least four days before any deadline. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/1/22. (lctnm2) (Entered: 07/01/2022) |
| 07/05/2022 | | | Set/Reset Deadlines: Amended Complaint due by 7/15/2022. Response due by 7/22/2022. (hmc) (Entered: 07/05/2022) |
| 07/15/2022 | 11 | | MOTION Seal Amended Complaint by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1)(Nace, Matthew) (Entered: 07/15/2022) |

3

| | | | |
|---|---|---|---|
| 07/15/2022 | 12 | | SEALED MOTION filed by HDEEL ABDELHADY (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order)(Nace, Matthew) (Entered: 07/15/2022) |
| 07/15/2022 | | | MINUTE ORDER granting Plaintiff's 12 Motion to Seal. The Court directs the Clerk of Court to place ECF No. 12−2 under seal on the docket as Plaintiff's Amended Complaint. The Clerk of Court shall also place ECF No. 12−1 on the docket as Plaintiff's redacted Amended Complaint. In light of this, the Court denies as moot Plaintiff's original 11 Motion to Seal. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/15/22. (lctnm2) (Entered: 07/15/2022) |
| 07/15/2022 | 13 | | SEALED Amended Complaint filed by HDEEL ABDELHADY. (This document is SEALED and only available to authorized persons.)(zed) (Entered: 07/18/2022) |
| 07/15/2022 | 14 | | REDACTED DOCUMENT− As to 13 Sealed Amended Complaint. (zed) (Entered: 07/18/2022) |
| 07/22/2022 | 15 | | ANSWER to Complaint by ARAMARK SERVICES, INC..(Scanlon, Robert) (Entered: 07/22/2022) |
| 07/22/2022 | 16 | | ANSWER to Complaint by ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP.(Scanlon, Robert) (Entered: 07/22/2022) |
| 07/22/2022 | 17 | | MOTION to Dismiss by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Text of Proposed Order)(Postillion, Nathan) (Entered: 07/22/2022) |
| 07/22/2022 | 18 | | MOTION for Partial Summary Judgment by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Text of Proposed Order)(Postillion, Nathan) Modified event on 7/25/2022 (znmw). (Entered: 07/22/2022) |
| 08/01/2022 | 19 | | Affidavit of Default *on Defendant PMA Management* by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1)(Nace, Matthew) Modified on 8/1/2022 (zed). (Entered: 08/01/2022) |
| 08/02/2022 | 20 | | Partial MOTION for Extension of Time to *Oppose Mts to Dismiss and SJ* by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order Order)(Nace, Matthew) (Entered: 08/02/2022) |
| 08/02/2022 | | | MINUTE ORDER granting 20 Motion for Extension of Time. Plaintiff's oppositions to Defendant GW's 17 Motion to Dismiss and 18 Motion for Partial Summary Judgment are due by August 22, 2022. Any replies are due by September 2, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/2/22. (lctnm2) (Entered: 08/02/2022) |
| 08/04/2022 | 21 | | MOTION for Extension of Time to *Respond to Plaintiff's Amended Complaint* by PMA MANAGEMENT CORPORATION. (Attachments: # 1 Text of Proposed Order)(DeBlasis, Samuel) (Entered: 08/04/2022) |
| 08/04/2022 | | | MINUTE ORDER granting Defendant PMA Management Corporation's 21 Motion for Extension of Time. Defendant PMA shall respond to the 13 Amended Complaint by August 17, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/4/22. (lctnm2) (Entered: 08/04/2022) |

4

| Date | # | | Description |
|---|---|---|---|
| 08/04/2022 | | | Set/Reset Deadlines: Defendant PMA's response due by 8/17/2022. (hmc) (Entered: 08/04/2022) |
| 08/09/2022 | 22 | | MOTION for Reconsideration *of August 4 Order* by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2)(Nace, Matthew) (Entered: 08/09/2022) |
| 08/11/2022 | 23 | | MOTION to Dismiss *Plaintiff's Amended Complaint* by PMA MANAGEMENT CORPORATION. (Attachments: # 1 Text of Proposed Order)(DeBlasis, Samuel) (Entered: 08/11/2022) |
| 08/11/2022 | 24 | | RESPONSE re 22 MOTION for Reconsideration *of August 4 Order* filed by PMA MANAGEMENT CORPORATION. (Attachments: # 1 Text of Proposed Order)(DeBlasis, Samuel) (Entered: 08/11/2022) |
| 08/22/2022 | 25 | | Memorandum in opposition to re 17 Motion to Dismiss *of GWU* filed by HDEEL ABDELHADY. (Attachments: # 1 Memorandum in Support Memorandum of Law, # 2 Text of Proposed Order Proposed Order)(Nace, Matthew) (Entered: 08/22/2022) |
| 08/22/2022 | 26 | | Memorandum in opposition to re 18 Motion for Partial Summary Judgment, filed by HDEEL ABDELHADY. (Attachments: # 1 Memorandum in Support Memo of Law, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order Proposed Order, # 5 Exhibit 1)(Nace, Matthew) (Entered: 08/22/2022) |
| 08/22/2022 | 27 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by HDEEL ABDELHADY (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Affidavit Affidavit)(Nace, Matthew) (Entered: 08/22/2022) |
| 08/22/2022 | 28 | | MOTION to Strike 18 MOTION for Partial Summary Judgment *Affidavit of Mr. Smith* by HDEEL ABDELHADY. (Nace, Matthew) (Entered: 08/22/2022) |
| 08/23/2022 | | | MINUTE ORDER granting Plaintiff's 27 Sealed Motion to File Under Seal. The Clerk of Court shall place ECF No. 27−1 under seal on the case docket as an unredacted exhibit to Plaintiff's 26 opposition to the pending motion for partial summary judgment. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/23/22. (lctnm2) (Entered: 08/23/2022) |
| 08/23/2022 | 29 | | SEALED DOCUMENT filed by HDEEL ABDELHADY. re 26 Memorandum in Opposition, filed by HDEEL ABDELHADY. (This document is SEALED and only available to authorized persons.)(zed) (Entered: 08/25/2022) |
| 08/25/2022 | 30 | | Memorandum in opposition to re 23 Motion to Dismiss filed by HDEEL ABDELHADY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Nace, Matthew) (Entered: 08/25/2022) |
| 09/02/2022 | 31 | | Memorandum in opposition to re 28 Motion to Strike *Mr. Smith's Affidavit* filed by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Emig, Gerard) (Entered: 09/02/2022) |
| 09/02/2022 | 32 | | REPLY to opposition to motion re 18 MOTION for Partial Summary Judgment filed by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Emig, Gerard) Modified on 9/8/2022 to add docket relationship (zed). |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/02/2022) |
| 09/02/2022 | 33 | | REPLY to opposition to motion re 17 MOTION to Dismiss filed by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Postillion, Nathan) (Entered: 09/02/2022) |
| 09/07/2022 | 34 | | MOTION for Leave to File *Motion to Seal Portions of Her Motion to Seal and Exhibits* by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10)(Nace, Matthew) (Entered: 09/07/2022) |
| 09/07/2022 | 35 | | REPLY to opposition to motion re 23 MOTION to Dismiss *Plaintiff's Amended Complaint* filed by PMA MANAGEMENT CORPORATION. (DeBlasis, Samuel) (Entered: 09/07/2022) |
| 09/09/2022 | 36 | | SEALED MOTION filed by HDEEL ABDELHADY (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Nace, Matthew) (Entered: 09/09/2022) |
| 09/14/2022 | | | MINUTE ORDER denying Plaintiff's 34 Motion for Leave to File and 36 Sealed Motion for failure to comply with LCvR 7(m). Under that Rule, Plaintiff must confer with Defendants before filing any non−dispositive civil motion. These motions show no indication that Plaintiff has so conferred. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/14/22. (lctnm2) (Entered: 09/14/2022) |
| 09/16/2022 | 37 | | SEALED MOTION filed by HDEEL ABDELHADY (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Nace, Matthew) (Entered: 09/16/2022) |
| 09/16/2022 | 38 | | NOTICE *to Strike Ref to Psychiatric Care and Bills* by HDEEL ABDELHADY (Nace, Matthew) (Entered: 09/16/2022) |
| 09/16/2022 | | | MINUTE ORDER. The Court directs Defendant George Washington University to respond to Plaintiff's 37 Sealed Motion by September 21, 2022. Plaintiff shall file any reply by 12:00 p.m. on September 23. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/16/22. (lctnm2) (Entered: 09/16/2022) |
| 09/19/2022 | | | Set/Reset Deadlines: Response due by 9/21/2022; Reply due by 12:00 p.m. on 9/23/2022. (hmc) (Entered: 09/19/2022) |
| 09/21/2022 | 39 | | Memorandum in opposition to re 37 SEALED MOTION filed by HDEEL ABDELHADY, 34 MOTION for Leave to File *Motion to Seal Portions of Her Motion to Seal and Exhibits*, 36 SEALED MOTION filed by HDEEL ABDELHADY *Opposition* filed by GEORGE WASHINGTON UNIVERSITY. (Emig, Gerard) Modified docket event/text on 9/22/2022 (zed). (Entered: 09/21/2022) |
| 09/22/2022 | 40 | | MOTION for CM/ECF Password by HDEEL ABDELHADY. (zed) (Entered: 09/22/2022) |
| 09/22/2022 | 41 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to HDEEL ABDELHADY. Attorney Matthew Andrew Nace terminated. (Attachments: # 1 |

| Date | # | | Description |
|---|---|---|---|
| | | | Exhibit)(Nace, Matthew) (Entered: 09/22/2022) |
| 09/23/2022 | | | MINUTE ORDER denying without prejudice Plaintiff's 40 Motion for CM/ECF Password for failure to comply with LCvR 5.4(b)(2). SO ORDERED. Signed by Judge Trevor N. McFadden on 9/23/22. (lctnm2) (Entered: 09/23/2022) |
| 09/23/2022 | 42 | | REPLY to opposition to motion re 37 SEALED MOTION filed by HDEEL ABDELHADY filed by HDEEL ABDELHADY. (zed) (Entered: 09/23/2022) |
| 09/23/2022 | 43 | | MOTION for CM/ECF Password by HDEEL ABDELHADY. (zed) (Entered: 09/23/2022) |
| 09/26/2022 | | | MINUTE ORDER granting in part Plaintiff's 37 Sealed Motion. The Clerk of Court shall place ECF No. 32−10 under seal on the case docket. That exhibit contains the names of doctors who treated the Plaintiff for her injuries. For all other filings, however, the Court denies Plaintiff's motion. On the Court's review, those documents contain no medical records or details that the Plaintiff herself does not already mention in the redacted 14 Amended Complaint. Stray references to her injuries do not count as privileged medical information, particularly when she has already made the same references in her own public filings. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/26/22. (lctnm2) (Entered: 09/26/2022) |
| 09/26/2022 | 44 | | ORDER granting Plaintiff's 43 Motion for CM/ECF Password. See Order for details. Signed by Judge Trevor N. McFadden on 9/26/2022. (lctnm2) (Entered: 09/26/2022) |
| 09/28/2022 | 45 | | MOTION for Leave to File *Sur−Reply to GWU's Reply in Support of Motion to Dismiss* by HDEEL ABDELHADY. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Plaintiff's Sur−reply, # 3 Exhibit Exhibits A−C to Sur−reply, # 4 Text of Proposed Order)(ABDELHADY, HDEEL) (Entered: 09/28/2022) |
| 09/29/2022 | | | MINUTE ORDER denying Plaintiff's 45 Motion for Leave to File a Sur−Reply. Plaintiff failed to comply with Local Civil Rule 7(m), which states, "Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel in a good−faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement. The duty to confer also applies to non−incarcerated parties appearing pro se. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." Signed by Judge Trevor N. McFadden on 9/29/2022. (lctnm2) (Entered: 09/29/2022) |
| 09/30/2022 | 46 | | MOTION for Leave to File *Sur−Reply to GWU's Reply in Support of Motion to Dismiss* by HDEEL ABDELHADY. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Sur−Reply to GWU's Motion to Dismiss, # 3 Exhibit Exhibits A−C to Sur−reply, # 4 Text of Proposed Order)(ABDELHADY, HDEEL) (Entered: 09/30/2022) |
| 10/04/2022 | 47 | | RESPONSE re 46 MOTION for Leave to File *Sur−Reply to GWU's Reply in Support of Motion to Dismiss* filed by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Emig, Gerard) (Entered: 10/04/2022) |

| | | | |
|---|---|---|---|
| 10/05/2022 | 48 | | MOTION for Leave to File *Sur−Reply to GWU's Reply in Support of Summary Judgment* by HDEEL ABDELHADY. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Plaintiff's proposed sur−reply on summary judgment, # 3 Exhibit Ex. 1 to Plaintiff's sur−reply on summary judgment)(ABDELHADY, HDEEL) (Entered: 10/05/2022) |
| 10/06/2022 | 49 | | MOTION to Strike 35 Reply to opposition to Motion *Strike PMA's Untimely Reply to Plaintiff's Oppn to PMA's Motion to Dismiss* by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order)(ABDELHADY, HDEEL) (Entered: 10/06/2022) |
| 10/11/2022 | 50 | | REPLY to opposition to motion re 46 MOTION for Leave to File *for Leave to File Sur−reply to GWU's Reply in Support of Motion to Dismiss* filed by HDEEL ABDELHADY. (ABDELHADY, HDEEL) Modified docket relationship on 10/12/2022 (zed). (Entered: 10/11/2022) |
| 10/14/2022 | 51 | | RESPONSE re 48 MOTION for Leave to File *Sur−Reply to GWU's Reply in Support of Summary Judgment* filed by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Emig, Gerard) (Entered: 10/14/2022) |
| 10/17/2022 | 52 | | RESPONSE re 49 MOTION to Strike 35 Reply to opposition to Motion *Strike PMA's Untimely Reply to Plaintiff's Oppn to PMA's Motion to Dismiss* filed by PMA MANAGEMENT CORPORATION. (Attachments: # 1 Table of Authorities, # 2 Memorandum in Support, # 3 Text of Proposed Order)(DeBlasis, Samuel) (Entered: 10/17/2022) |
| 10/19/2022 | 53 | | MOTION for Leave to File *Supplemental Memo and Exhibits in Support of Plaintiff's Motion to Strike Aff. of Jefferson T. Smith* by HDEEL ABDELHADY. (Attachments: # 1 Supplement Plaintiff's Supplemental Memorandum and Exhibits in Support of Mot. Stirke Smith Aff., # 2 Text of Proposed Order)(ABDELHADY, HDEEL) (Entered: 10/19/2022) |
| 10/21/2022 | 54 | | REPLY to opposition to motion re 48 MOTION for Leave to File *Plaintiff's Motion for Leave to File Sur−Reply to GWU's Reply in Support of its Motion for Partial Summary Judgment* filed by HDEEL ABDELHADY. (Attachments: # 1 Text of Proposed Order)(ABDELHADY, HDEEL) Modified docket event/text on 10/24/2022 (zed). (Entered: 10/21/2022) |
| 10/24/2022 | 55 | | RESPONSE re 53 MOTION for Leave to File *Supplemental Memo and Exhibits in Support of Plaintiff's Motion to Strike Aff. of Jefferson T. Smith Opposition* filed by GEORGE WASHINGTON UNIVERSITY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Emig, Gerard) (Entered: 10/24/2022) |
| 10/24/2022 | 56 | | REPLY to opposition to motion re 49 MOTION to Strike *Strike PMA's Untimely Reply to Plaintiff's Oppn to PMA's Motion to Dismiss*, 52 Response to motion, filed by HDEEL ABDELHADY. (ABDELHADY, HDEEL) Modified docket relationships on 10/27/2022 (zed). (Entered: 10/24/2022) |
| 10/26/2022 | 57 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Sealed Motion,, by HDEEL ABDELHADY. Filing fee $ 505, receipt number ADCDC−9628023. Fee Status: Fee Paid. Parties have been notified. (ABDELHADY, HDEEL) (Entered: 10/26/2022) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY, *Plaintiff,* v. GEORGE WASHINGTON UNIVERSITY, ET AL. *Defendants.* | Civil Action No.: 1-22-cv-01334 (TNM) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Hdeel Abdelhady, appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's order partially denying Plaintiff's Motion to Seal [ECF No. 37], entered on the docket on September 26, 2022.[1]

Dated: October 26, 2022

Respectfully submitted,

/s/ Hdeel Abdelhady
Hdeel Abdelhady
D.C. Bar No. 483559
1717 Pennsylvania Ave., NW, #1025
Washington, D.C. 20006
(202) 630-2512
habdelhady@mapopllc.com
*Plaintiff*

---

[1] Only one Defendant, The George Washington University, opposed Plaintiff's Motion to Seal.

# U.S. District Court

# District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 9/26/2022 at 4:19 PM and filed on 9/26/2022

**Case Name:** ABDELHADY v. GEORGE WASHINGTON UNIVERSITY et al
**Case Number:** 1:22−cv−01334−TNM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER granting in part Plaintiff's [37] Sealed Motion. The Clerk of Court shall place ECF No. 32−10 under seal on the case docket. That exhibit contains the names of doctors who treated the Plaintiff for her injuries. For all other filings, however, the Court denies Plaintiff's motion. On the Court's review, those documents contain no medical records or details that the Plaintiff herself does not already mention in the redacted [14] Amended Complaint. Stray references to her injuries do not count as privileged medical information, particularly when she has already made the same references in her own public filings. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/26/22. (lctnm2)**

**1:22−cv−01334−TNM Notice has been electronically mailed to:**

Samuel Joseph DeBlasis, II    sdeblasis@decarodoran.com, jcolledge@decarodoran.com

Gerard John Emig    gemig@gleason−law.com, ahilliard@gleason−law.com, kcooke@gleason−law.com

Robert Patrick Scanlon    rscanlon@andersonquinn.com, kalbert@andersonquinn.com

Nathan J. Postillion    npostillion@gleason−law.com

**1:22−cv−01334−TNM Notice will be delivered by other means to::**

10