# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-7148**  **September Term, 2022**

1:22-cv-01334-TNM

Filed On: October 28, 2022 [1971116]

Hdeel Abdelhady,

    Appellant

    v.

George Washington University, et al.,

    Appellees

## O R D E R

The notice of appeal was filed on October 26, 2022, and docketed in this court on October 28, 2022. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | November 28, 2022 |
| Docketing Statement Form | November 28, 2022 |
| Entry of Appearance Form | November 28, 2022 |
| Procedural Motions, if any | November 28, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 28, 2022 |
| Statement of Issues to be Raised | November 28, 2022 |
| Transcript Status Report | November 28, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | November 28, 2022 |
| Dispositive Motions, if any | December 12, 2022 |

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 28, 2022 |
| Entry of Appearance Form | November 28, 2022 |
| Procedural Motions, if any | November 28, 2022 |
| Dispositive Motions, if any | December 12, 2022 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Amanda Himes
Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Memorandum Concerning Self-Representation