No. 22-7148

---

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

HDEEL ABDELHADY,

Appellant,

v.

THE GEORGE WASHINGTON UNIVERSITY, ET AL.,

Appellees.

---

INTERLOCUTORY APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

---

# APPELLANT'S PRELIMINARY STATEMENT
# OF ISSUES TO BE RAISED

---

Hdeel Abdelhady
D.C. Bar No. 483559
1717 Pennsylvania Ave., NW, #1025
Washington, D.C. 20006
(202) 630-2512
habdelhady@mapopllc.com
Appellant-Plaintiff

# APPELLANT'S PRELIMINARY STATEMENT
# OF ISSUES TO BE RAISED

1. Whether the District Court erred in not granting entirely or more substantially Plaintiff's motion to seal filings made by The George Washington University containing Plaintiff's medical information that Plaintiff previously filed under seal with leave of the District Court.

2. Whether the District Court erred in partially denying Plaintiff's motion to seal filings made by The George Washington University containing documents that were generated in the course of an administrative agency case and were restricted to public access pursuant to agency policy and procedure and a subsequent court sealing order issued in an appeal from the same administrative agency case.

3. Whether the District Court erred in not discernably applying, in deciding Plaintiff's motion to seal, the factors set forth in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980).

Dated: November 28, 2022    Respectfully submitted,

/s/ Hdeel Abdelhady
Hdeel Abdelhady
D.C. Bar No. 483559
1717 Pennsylvania Ave., NW, #1025
Washington, D.C. 20006
(202) 630-2512
habdelhady@mapopllc.com
Appellant-Plaintiff

# **CERTIFICATE OF SERVICE**

I certify that on November 28, 2022, I electronically filed and served a copy of the foregoing paper on the following persons,

>Gerard. J. Emig, Esq.
>Gleason, Flynn, Emig, & McAffee, Chartered
>11 North Washington Street, Suite 400
>Rockville, MD 20850
>*Counsel for The George Washington University*

>Robert P. Scanlon, Esq.
>Anderson & Quinn, LLC
>Adams Law Center
>25 Wood Lane
>Rockville, MD 20850
>*Counsel for Aramark Services, Inc. and*
>*Aramark Management Services Limited Partnership*

and served by U.S. Mail, first class postage prepaid, a copy of the foregoing paper on

>Samuel J. DeBlasis, II, Esq.
>DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
>17251 Melford Boulevard, Suite 200
>Bowie, MD 20715
>*Counsel for PMA Management Corporation*

/s/ Hdeel Abdelhady
Hdeel Abdelhady
Appellant-Plaintiff