# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-7148**            **September Term, 2022**

1:22-cv-01334-TNM

**Filed On: February 21, 2023**

Hdeel Abdelhady,

    Appellant

  v.

George Washington University, et al.,

    Appellees

    **BEFORE:**   Wilkins and Rao, Circuit Judges

## O R D E R

Upon consideration of George Washington University's motion to dismiss, the opposition thereto, and the reply; the motion for leave to file a surreply, the supplement thereto, and the lodged surreply; the motion for leave to file an opposition to the motion for leave to file a surreply, the lodged opposition, and the opposition to the motion for leave to file; the motion for other relief, the lodged opposition thereto, and the reply; and PMA Management Corporation's motion for leave to file a motion to dismiss, the lodged motion to dismiss, and the opposition to the motion for leave to file, it is

**ORDERED** that PMA Management Corporation's motion for leave to file a motion to dismiss be granted. The Clerk is directed to file the lodged motion to dismiss. It is

**FURTHER ORDERED** that the motion for leave to file a surreply be denied. It is

**FURTHER ORDERED** that the motion for leave to file an opposition to the motion for leave to file a surreply be dismissed as moot. It is

**FURTHER ORDERED** that the motion for other relief be denied. It is

**FURTHER ORDERED** that the motions to dismiss be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motions to dismiss rather than incorporate those arguments by reference.

The Clerk is directed to enter a briefing schedule.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Scott H. Atchue
Deputy Clerk